*FILED IN OPEN COURT*
*2/20/07 KJK*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 07- 32M-MPT |
| EULALIA AMPARO-PADILLA, | : |
| Defendant. | : |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 8 U.S.C. §1326(b)(2). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   \_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_ Maximum sentence life imprisonment or death

   \_\_\_ 10+ year drug offense

   \_\_\_ Felony, with two prior convictions in above categories

   _X_ Serious risk defendant will flee

   \_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

      _X_   Defendant's appearance as required

      _X_   Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    ___   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ___   Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___   At first appearance

    _X_   After continuance of _3_ days or after any competency hearing ordered by the Court.

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _ days (not more than 10) so that the appropriate officials can be notified since:

    1.   At the time the offense was committed the defendant was:

          ___   (a) on release pending trial for a felony;

          ___   (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

          ___   (c) on probation or parole for an offense.

2. ___ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. ___ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this 20th___ day of February__, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney