FILED IN OPEN COURT
2/20/07 KJK

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

V.

EULALIA AMPARO-PADILLA

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-32M-MPT

I, __EULALIA AMPARO-PADILLA__, charged in a (complaint) (petition) pending in this District with __RE-ENTRY AFTER DEPORTATION__ in violation of Title __8__, U.S.C., __1326(a) & (b)(2)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Eulalia Amparo_
Defendant

_[signature]_
Counsel for Defendant

2-20-2007
Date

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE