IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 07- 27 |
| ) | |
| EULALIA AMPARO-PADILLA ) | |
| aka Juana SANTOS, ) | |
| ) | REDACTED |
| Defendant. ) | |

INDICTMENT

The Grand Jury for the District of Delaware charges that:

Count One

On or about February 20, 2007, in the District of Delaware, Eulalia AMPARO-Padilla aka Juana Santos, the defendant, an alien and subject of the Dominican Republic, who had been deported from the United States on or about January 6, 1998, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Shannon T. Hanson
Assistant United States Attorney

FILED
FEB 27 2007
Dated: February 27, 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE