IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-27-GMS |
| | ) |
| EULALIA AMPARO-PADILLA | ) |
| aka Juana SANTOS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Joint Motion for Continuance and For Exclusion of Time Under the Speedy Trial Act, IT IS this ___4th___ day of May, 2007, ORDERED that the time from May 3, 2007 until June 13, at 2:00pm, the date and time hereby set for the scheduling conference in this matter, is excluded under the Speedy Trial Act while the parties attempt to resolve the case without the need for a trial, and that such an exclusion is in the interests of justice, consistent with 18 U.S.C. Sec. 3161(h)(8)(A), and that the interest of resolving the case without a trial outweighs the public's and the defendant's interest in a speedy trial, especially in view of the brief nature of the exclusion.

The Honorable Gregory M. Sleet
United States District Judge