IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-27-GMS |
| EULALIA AMPARO-PADILLA, | : | |
| Defendant. | : | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Eulalia Amparo-Padilla, Defendant, by and through her undersigned attorney, Eleni Kousoulis, Assistant Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Gregory M. Sleet on September 25, 2007, in the United States District Court for the District of Delaware.

/s/ Eleni Kousoulis
ELENI KOUSOULIS
Assistant Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com
Attorney for Defendant Eulalia Amparo-Padilla

Dated: October 5, 2007