OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

**Marcia M. Waldron**
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4938

www.ca3.uscourts.gov

October 10, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 07-3958**
   **USA vs. Amparo-Padilla**
   **D. C. No. 07-cr-00027**

Dear Mr. Dalleo:

   Receipt is acknowledged on 10/5/07, of notice of appeal filed with the district court on 10/5/07, in the above-captioned case.

   Since the notice of appeal filed on 10/5/07 merely amends the appeal already docketed at No. 07-3958, this notice will not be given a new number but will be placed in the file.

                                          Very truly yours,
                                          MARCIA M. WALDRON
                                          Clerk

                                          By: Tonya Y. Wyche
                                              Case Manager

cc:
   Eleni Kousoulis, Esq.
   Shannon T. Hanson, Esq.